IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| MARTIN R. MORROW; and DOLORES MORROW, | )<br>)<br>) |
| Plaintiffs | )<br>) |
| v. | )<br>) No. 1-09-0013 |
| AULDON LEE CAGLE, JR., individually and d/b/a/ Cagle Farming, | )<br>)<br>) |
| Defendant/Cross-Defendant | )<br>) |
| and | )<br>) |
| THOMAS C. KILPATRICK, | )<br>) |
| Defendant/Cross-Plaintiff | )<br>) |
| and | )<br>) |
| SHEILA KILPATRICK, | )<br>) |
| Intervening Plaintiff | )<br>) |
| v. | )<br>) |
| AULDON LEE CAGLE, JR., individually and d/b/a Cagle Farming, | )<br>)<br>) |
| Defendant | ) |

O R D E R

On January 11, 2010, the parties filed a Notice of Settlement and Agreed Dismissal (Docket Entry No. 27).

As a result, this case is DISMISSED with prejudice.

The pretrial conference and trial, scheduled on January 15, 2010, and January 26, 2010, respectively, are CANCELLED.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge